UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

KYLE WEILAND,

            Defendant.

**INFORMATION**

24 Cr. 502

### COUNT ONE
**(Distribution of and Possession with Intent to Distribute Narcotics)**

The United States Attorney charges:

1. In or around June 2023, in the Southern District of New York and elsewhere, KYLE WEILAND, the defendant, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. The controlled substance involved in the offense was mixtures and substances containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

### COUNT TWO
**(Sale of Misbranded Drugs)**

The United States Attorney further charges:

3. From at least in or about November 2019 through in or about January 2020 and from at least in or about September 2020 through in or about June 2023, in the Southern District of New York and elsewhere, KYLE WEILAND, the defendant, introduced and delivered into interstate commerce adulterated and misbranded drugs, as defined by 21 U.S.C. §§ 352(a), 352(b), 352(f), and 352(o), in violation of 21 U.S.C. §§ 331(a) and 333(a)(1), to wit, WEILAND

manufactured, sold on the dark web, and shipped to customers throughout the United States, adulterated and misbranded drugs, namely various controlled and noncontrolled substances that contained or were marketed as methamphetamine, amphetamine, oxycodone, various benzodiazepines, or analogs of these substances, including flubromazolam, fluAlprazolam, bromazolam, norflurazepam, clonazolam, and etizolam.

(Title 21, United States Code, Sections 331(a), and 333(a)(1))

## FORFEITURE ALLEGATIONS

4.      As a result of committing the offense alleged in Count One of this Information, KYLE WEILAND, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

5.      As a result of committing the offense charged in Count Two of this Information, KYLE WEILAND, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 334 and Title 28, United States Code, Section 2461, any and all drugs that were adulterated or misbranded when introduced into or while in interstate commerce or while held for sale (whether or not the first sale) after shipment in interstate commerce, or which may not, under the provisions of section 331(11), 344, or 355 of this title, have been introduced into interstate commerce, including but not limited to a sum of money in United States currency representing the value of such property.

## SUBSTITUTE ASSET PROVISION

6.  If any of the forfeitable property described above, as a result of any act or omission of the defendant:

      a.  cannot be located upon the exercise of due diligence;

      b.  has been transferred or sold to, or deposited with, a third person;

      c.  has been placed beyond the jurisdiction of the Court;

      d.  has been substantially diminished in value; or

      e.  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 334 and 853, and
Title 28, United States Code, Section 2461.)

*[Signature]*
DAMIAN WILLIAMS
United States Attorney